LAW OFFICES OF
## ALLEN A. KOLBER, ESQ.

134 ROUTE 59, SUITE A
SUFFERN,, NEW YORK 10901
TELEPHONE:   (845) 918-1277
FACSIMILE:    (845) 369-1618
e-mail: aKolber@Kolberlegal.com
website: www.AllenKolber.com

November 19, 2018

**Via ECF**

Hon. Robert D. Drain
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601
**Attn:  Arturo Tavarez**

> **Re:   Debtor:  Harold Lane**
> **Chapter 13**
> **U.S. Bankruptcy Court, SDNY – Case No. 17-23705(rdd)**

## LOSS MITIGATION STATUS REPORT

Honorable Sir:

This firm represents the Debtor in the above referenced matter.

On November 7, 2018, PennyMac Holdings, LLC forwarded an updated Trial Payment Plan with an initial payment due December 1, 2018.

On November 18, 2018, this office advised the attorneys for PennyMac that the Debtor would be accepting the Loan Modification and will make the first payment due December 1, 2018.

> Respectfully submitted,
> LAW OFFICES OF ALLEN A. KOLBER, ESQ.
>
> /s/ *Allen A. Kolber*_____
>  Allen A. Kolber, Esq.

AAK/sc
cc:  Rosicki, Rosicki & Associates, P.C.
    Attn:  Wendy Sinrilus (via email: wsinrilus@rosicki.com)
    Attorneys for PennyMac Holding, LLC
    Harold Lane (via email)